No. 83–6967.   RABB *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 83–6968.   ROOT *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 83–6969.   NORFLEET *v.* HOLLADAY-TYLER PRINTING CORP.   C. A. D. C. Cir.   Certiorari denied.

No. 83–6970.   BROOME ET AL. *v.* UNIVERSITY OF ILLINOIS BOARD OF TRUSTEES ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 83–6971.   DYSON *v.* SMITH, ATTORNEY GENERAL OF THE UNITED STATES, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 83–6972.   SHABAZZ *v.* FRAZIER, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 83–6973.   RESTAINO *v.* OFFICE OF THE CLERK OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK.   C. A. 2d Cir.   Certiorari denied.

No. 83–6974.   ROY *v.* LEAVITT ET AL.   Sup. Ct. N. H.   Certiorari denied.

No. 83–6975.   GOETZ *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 83–6977.   KENNEDY *v.* UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 83–6978.   BURROWS *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 83–6979.   FLOWERS *v.* WYRICK, WARDEN, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 83–6980.   BROADWAY *v.* CARLSON, DIRECTOR, BUREAU OF PRISONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 83–6982.   FAULKNER *v.* LOUISIANA.   Sup. Ct. La.   Certiorari denied.